IN the INTEREST OF: A.F., a Minor

Appeal of: B.B., Natural Mother
187 WDA 2017

Superior Court of Pennsylvania.

07/19/2017

CP–07–DP–0000067–2016 (Blair)

Affirmed

COM.

v.

PALMORE, C.

517 EDA 2015

Superior Court of Pennsylvania.

07/20/2017

CP–51–CR–0012494–2012
(Philadelphia)

Affirmed

COM.

v.

CAMPBELL, O.

2912 EDA 2015

Superior Court of Pennsylvania.

07/20/2017

CP–51–CR–0010495–2011 (Philadelphia)

Appeal Dismissed

COM.

v.

SAMPSON, T.

3499 EDA 2015

Superior Court of Pennsylvania.

07/20/2017

CP–51–CR–0008850–2014
(Philadelphia)

Remanded

COM.

v.

BROOKS, F.

1190 EDA 2016

Superior Court of Pennsylvania.

07/20/2017

CP–51–CR–0003383–2015 (Philadelphia)

Affirmed